UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                     Proceeding Date: May 8, 2017

**JUDGE JOSEPH H. RODRIGUEZ**

Court Reporter: Karen Friedlander

**TITLE OF CASE:**                                 **DOCKET NO.** 17-29 (JHR)
**UNITED STATES OF AMERICA**
              v.
**HAROLD MILLER**
            DEFENDANT PRESENT

**APPEARANCES:**
Matthew J. Skahill, AUSU for Government
Christopher H. O'Malley, AFPD for Defendant
Tom Leakan, U.S. Probation

**NATURE OF PROCEEDINGS:**    SENTENCE
On a one count information
**SENTENCE:** Imprisonment for a term of 106 months
**SUPERVISED RELEASE:** a term of 3 years, with special conditions
**SPECIAL ASSESSMENT: $100.00**
**FINE:** Waived.
Court recommends defendant be placed in a facility as near possible to his home address.
Defendant advised of his right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal.


                                        *s/Dave Bruey*
                                        **DEPUTY CLERK**

Time Commenced: 10:15 AM       Time Adjourned 11:05 AM      Total time:<u>50 minutes</u>